UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-261 |
| Plaintiff, | JUDGE MARBLEY |
| vs. | SUPERSEDING INDICTMENT |
| TREVOR SCOTT SANDS, ANTWAN DESHAWN THOMAS, and MONAE ALIZE COX | 18 U. S. C. § 1951<br>18 U. S. C. § 924(c)(1)(A)(ii)<br>18 U. S. C. § 2 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Interference with Interstate Commerce by Armed Robbery)

1. At all times material to this Superseding Indictment, the UDF store located at 4890 East Main Street, Columbus, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said UDF store intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said UDF store within the State of Ohio

2. On or about April 6, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS**, did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that the defendant, **TREVOR SCOTT SANDS**, did unlawfully take and obtain United States currency belonging to the said UDF store, from a person having

lawful custody of such currency, by means of actual and threatened physical violence in furtherance of such armed robbery.

**In violation of 18 U.S.C. § 1951.**

## COUNT 2
### (Brandishing a Firearm during a Crime of Violence)

On or about April 6, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS,** did knowingly use, carry and brandish a firearm during and in relation to a crime of violence, that is, interference with interstate commerce by armed robbery, in violation of 18 U.S.C. § 1951, as described in Count One of this Superseding Indictment and incorporated herein by reference as if fully set forth.

**In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii).**

## COUNT 3
### (Interference with Interstate Commerce by Armed Robbery)

1. At all times material to this Superseding Indictment, the Family Dollar store located at 3200 Brice Road, Columbus, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said Family Dollar store intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said Family Dollar store within the State of Ohio

2. On or about May 10, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS,** did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that the defendant, **TREVOR SCOTT SANDS,** did unlawfully take and obtain United States currency belonging to the said Family Dollar store, from a person

having lawful custody of such currency, by means of actual and threatened physical violence in furtherance of such armed robbery.

In violation of 18 U.S.C. § 1951.

### COUNT 4
### (Brandishing a Firearm during a Crime of Violence)

On or about May 10, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS,** did knowingly use, carry and brandish a firearm during and in relation to a crime of violence, that is, interference with interstate commerce by armed robbery, in violation of 18 U.S.C. § 1951, as described in Count Three of this Superseding Indictment and incorporated herein by reference as if fully set forth.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii).

### COUNT 5
### (Interference with Interstate Commerce by Armed Robbery)

1. At all times material to this Superseding Indictment, the CVS drug store located at 2160 North High Street, Columbus, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said CVS drug store intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said CVS drug store within the State of Ohio

2. On or about May 11, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS,** did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that the defendant, **TREVOR SCOTT SANDS,** did unlawfully take and obtain United States currency belonging to the said CVS drug store, from a person

3

having lawful custody of such currency, by means of actual and threatened physical violence in furtherance of such armed robbery.

**In violation of 18 U.S.C. § 1951.**

## COUNT 6
### (Brandishing a Firearm during a Crime of Violence)

On or about May 11, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS**, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence, that is, interference with interstate commerce by armed robbery, in violation of 18 U.S.C. § 1951, as described in Count Five of this Superseding Indictment and incorporated herein by reference as if fully set forth.

**In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii).**

## COUNT 7
### (Interference with Interstate Commerce by Armed Robbery)

1. At all times material to this Superseding Indictment, the Dollar General store located at 5800 Green Pointe Drive, Columbus, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said Dollar General store intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said Dollar General store within the State of Ohio.

2. On or about May 25, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS**, did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that the defendant, **TREVOR SCOTT SANDS**, did unlawfully take and obtain United States currency belonging to the said Dollar General Store, from a person

having lawful custody of such currency, by means of actual and threatened physical violence in furtherance of such armed robbery.

**In violation of 18 U.S.C. § 1951.**

## COUNT 8
### (Brandishing a Firearm during a Crime of Violence)

On or about May 25, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS,** did knowingly use, carry and brandish a firearm during and in relation to a crime of violence, that is, interference with interstate commerce by armed robbery, in violation of 18 U.S.C. § 1951, as described in Count Seven of this Superseding Indictment and incorporated herein by reference as if fully set forth.

**In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii).**

## COUNT 9
### (Interference with Interstate Commerce by Armed Robbery)

1. At all times material to this Superseding Indictment, the Walgreen's drug store located at 6201 East Broad Street, Columbus, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said Walgreen's drug store intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said Walgreen's drug store within the State of Ohio.

2. On or about May 25, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS,** did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that the defendant, **TREVOR SCOTT SANDS,** did unlawfully take and obtain United States currency belonging to the said Walgreen's drug store, from a

person having lawful custody of such currency, by means of actual and threatened physical violence in furtherance of such armed robbery.

**In violation of 18 U.S.C. § 1951.**

## COUNT 10
### (Brandishing a Firearm during a Crime of Violence)

On or about May 25, 2017, in the Southern District of Ohio, the defendant, **TREVOR SCOTT SANDS,** did knowingly use, carry and brandish a firearm during and in relation to a crime of violence, that is, interference with interstate commerce by armed robbery, in violation of 18 U.S.C. § 1951, as described in Count Nine of this Superseding Indictment and incorporated herein by reference as if fully set forth.

**In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii).**

## COUNT 11
### (Interference with Interstate Commerce by Armed Robbery)

1. At all times material to this Superseding Indictment, the Family Dollar store located at 459 Agler Road Gahanna, Ohio, was engaged in commercial activities in and affecting commerce, that is, the said Family Dollar store intended to purchase and did purchase items made by manufacturers and producers outside of the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by the said Family Dollar store within the State of Ohio

2. On or about May 27, 2017, in the Southern District of Ohio, the defendants, **TREVOR SCOTT SANDS, ANTWAN DESHAWN THOMAS and MONAE ALIZE COX,** did unlawfully obstruct and affect commerce and the movement of articles in such commerce by robbery, in that the defendants, **TREVOR SCOTT SANDS, ANTWAN DESHAWN THOMAS and MONAE ALIZE COX,** did unlawfully take and obtain United States currency

belonging to the said Family Dollar store, from a person having lawful custody of such currency, by means of actual and threatened physical violence in furtherance of such armed robbery.

**In violation of 18 U.S.C. § 1951.**

### COUNT 12
### (Brandishing a Firearm during a Crime of Violence)

On or about May 27, 2017, in the Southern District of Ohio, the defendants, **TREVOR SCOTT SANDS, ANTWAN DESHAWN THOMAS and MONAE ALIZE COX**, did knowingly use, carry and brandish firearms during and in relation to a crime of violence, that is, interference with interstate commerce by armed robbery, in violation of 18 U.S.C. § 1951, as described in Count Eleven of this Superseding Indictment and incorporated herein by reference as if fully set forth.

**In violation of 18 U.S.C. § § 924(c)(1)(A)(ii) and 2.**

**A TRUE BILL**

s/FOREPERSON
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

**DAVID J. BOSLEY, (0023460)**
**Assistant United States Attorney**

7